■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH DEWBERRY, Appellant. [636 NYS2d 1015] —Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated March 1, 1993 *(People v Dewberry,* 191 AD2d 453), affirming a judgment of the County

Court, Nassau County, rendered December 17, 1990, on the ground of ineffective assistance of appellate counsel. By decision and order dated July 10, 1995, the application was held in abeyance and the appellant was granted leave to serve and file a brief on specified issues.

Ordered that the application is granted and the decision and order of this Court dated March 1, 1993 *(People v Dewberry,* 191 AD2d 453, *supra),* affirming a judgment of the County Court, Nassau County, rendered December 17, 1990, is recalled and vacated, and is replaced by the decision and order dated January 8, 1996 *(see, People v Dewberry,* 223 AD2d 555 [decided herewith]). Rosenblatt, J. P., O'Brien, Copertino and Joy, JJ., concur.